# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Catalent Micron Technologies, Inc. | 1/23/2023 | 266978 | Check | $ 12,540.00 |
| Akorn Operating Company, LLC | Catalent Micron Technologies, Inc. | 2/23/2023 | 267328 | Check | $ 4,640.00 |
| Akorn Operating Company, LLC | Catalent Micron Technologies, Inc. | 2/23/2023 | 267329 | Check | $ 85,474.00 |
| | | | | | $ 102,654.00 |