# EXHIBIT B

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Catalent RTP | 12/9/2022 | 266373 | Check | $ 48,849.00 |
| | | | | | $ 48,849.00 |