# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, et al.,[1] | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al., | |
| Plaintiff, | Adv. Proc. No. 25-50323 (KBO) |
| v. | |
| CATALENT MICRON TECHNOLOGIES INC. and CATALENT RTP, | **Re: Adv. D.I. 1** |
| Defendant. | |

## STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for Catalent Micron Technologies, Inc. and Catalent RTP (the "Defendants"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendants on February 17, 2025 [Adv. D.I. 1] (the "Complaint").

2. This Court issued the summonses to the Complaint on April 24, 2025 [Adv. D.I. 3,4].

3. Defendants' deadline to respond to the Complaint is May 27, 2025.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

4. The parties agree that Defendants shall have through and including June 24, 2025, to answer or otherwise respond to the Complaint.

Dated: May 27, 2025

| **SAUL EWING LLP** | **PASHMAN STEIN WALDER HAYDEN, P.C.** |
|---|---|
| /s/ *Evan T. Miller* | */s/ Joseph C. Barsalona II* |
| Evan T. Miller (DE Bar No. 5364) | Joseph C. Barsalona II, Esq. |
| Paige N. Topper (DE Bar No. 6470) | 824 North Market Street, Suite 800 |
| 1201 N. Market Street, Suite 2300 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Telephone: (302) 592-6496 |
| Telephone: (302) 421-6800 | Facsimile: (732) 852-2482 |
| evan.miller@saul.com | jbarsalona@pashmanstein.com |
| paige.topper@saul.com | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |